## UNITED STATES COURT OF APPEALS FOR THE
## DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| BEYOND NUCLEAR, INC. and the SIERRA CLUB, INC. | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | |
| UNITED STATES NUCLEAR REGULATORY COMMISSION and the UNTIED STATES OF AMERICA, | ) ) ) ) | Case No. 24-1318 |
| Respondents, | ) ) | |
| NUCLEAR ENERGY INSTITUTE, FLORIDA POWER & LIGHT CO., And NEXTERA ENERGY POINT BEACH, LLC, | ) ) ) ) ) | |
| Intervenors | ) | |

## UNOPPOSED MOTION TO SUPPLEMENT APPENDIX AND REQUEST FOR EXTENSION OF TIME TO SUBMIT FINAL BRIEFS

Pursuant to Circuit Rule 30(e), Petitioners respectfully move this Court for leave to prepare and file a Supplemental Appendix containing additional documents, cited in Petitioners' briefs, that were inadvertently omitted from the Joint Appendix filed on June 3, 2025. In addition, in order to provide sufficient time to compile the Supplemental Appendix and complete Petitioners' final briefs, Petitioners request a three-day extension of the deadline for filing their final briefs,

or until June 13, 2025.

Petitioners have consulted counsel for the U.S. Nuclear Regulatory

Commission, the U.S. Department of Justice, and the Intervenors, who have all

stated that they do not oppose this motion.

Respectfully submitted,

*/s/Diane Curran*
DIANE CURRAN
Harmon, Curran, Spielberg & Eisenberg, L.L.P.
1725 DeSales Street N.W., Suite 500
Washington, D.C. 20036
dcurran@harmoncurran.com
(240) 393-9285

*Counsel for Petitioners*


June 9, 2025