# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1318**  **September Term, 2024**

NRC-89FR64166

Filed On: June 11, 2025 [2120225]

Beyond Nuclear, Inc. and Sierra Club,

    Petitioners

    v.

U.S. Nuclear Regulatory Commission and
United States of America,

    Respondents

------------------------------

Nuclear Energy Institute, et al.,
    Intervenors

## O R D E R

Upon consideration of petitioners' unopposed motion to supplement the appendix and for extension of time to file final briefs, it is

**ORDERED** that the motion be granted. Petitioners' final briefs are now due June 13, 2025.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:  /s/
    Michael C. McGrail
    Deputy Clerk